# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION PLAN, et al., | ) ) | |
| Plaintiffs, | ) | Judge Gettleman |
| v. | ) ) | Case No.: 20 C 3360 |
| BRANDONISIO & COMPANY, an Illinois limited liability corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter having come to be heard on the Parties' Agreed Stipulation of Dismissal, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

This matter be dismissed without prejudice and with leave to reinstate on or before February 28, 2021 to enforce the terms of the settlement. Thereafter, the matter will be dismissed with prejudice except that the matter be dismissed without prejudice to the District Council and the Funds' right to conduct an audit Brandonisio & Company's books and records from the period of July 1, 2018 forward and to collect any unpaid wages, contributions, dues, interest, liquidated damages, and audit costs which may be established as due and owing pursuant to an audit.

ENTER:

_____
The Honorable Judge Robert W. Gettleman
United States District Court Judge

Dated: August 27, 2020